[No. 19592-9-III. Division Three. October 23, 2001.]

*In the Matter of* ONE 1995 CHEVROLET TAHOE.

WILLIAM HOOPER, *Respondent*, v. THE CITY OF YAKIMA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-2-01805-1, C. James Lust, J., entered September 25, 2000. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19754-9-III. Division Three. October 23, 2001.]

VANESSA STEWART, ET AL., *Appellants*, v. OMAK SCHOOL DISTRICT NO. 19, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 00-2-00163-2, Jack Burchard, J., entered November 13, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 19770-1-III. Division Three. October 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP BRUCE ZEIGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00134-1, Philip M. Raekes, J., entered December 8, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 19771-9-III. Division Three. October 23, 2001.]

JANICE D.M. JONES, *Respondent*, v. JOHN E. NELSON, ET AL., *Appellants*, NANCY WALLACE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 93-2-00225-0, Robert N. Hackett Jr., J., entered November 9, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.